UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

           Plaintiff,

vs

MERCHANTS NATIONAL INSURANCE COMPANY,

           Defendant.

**STIPULATION OF DISMISSAL**

Case No.: 1:22-cv-06057-DG-SJB

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Merchants National Insurance Company pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| Dated: June 14, 2023 | Dated: June 14, 2023 |
| USERY & ASSOCIATES | GOLDBERG SEGALLA LLP |
| By: /s/*Tung S. Wong* <br>     Tung S. Wong | By: *s/Adam R. Durst* <br>     Adam R. Durst |
| 485 Lexington Avenue, 6th Floor <br> New York, New York 10017 <br> Phone: 917.778.6429 <br> *Attorneys for Plaintiff* | 665 Main Street <br> Buffalo, New York 14203 <br> Phone: 716.566.5400 <br> *Attorneys for Defendant* |

**Error! Unknown document property name.**